UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DELMAREY MITCHELL,
    Plaintiff,

v.                                                      Case No. 2:16-cv106

UNKNOWN GOLLADAY, et al.,           HONORABLE PAUL L. MALONEY
    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. The remaining Defendants, Christopher Golladay and Michael McLean, filed a motion for summary judgment. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on December 20, 2017, recommending that this Court grant the motion and enter judgment in favor of Defendants. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 44) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 38) is GRANTED. Plaintiff's claims against Defendant McLean and the Eighth Amendment claim against Defendant Golladay are DISMISSED. Only the First Amendment retaliation claim against Defendant Golladay remains.

Dated: January 22, 2018                                          /s/ Paul L. Maloney
                                                                            Paul L. Maloney
                                                                            United States District Judge